THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BETTY HOOTS,

Plaintiff,

v.

HOLLAND AMERICA LINE N.V., a
Curacao corporation,

Defendant.

CASE NO. C24-0887-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties inform the Court that they have reached a settlement to resolve the action. (Dkt. No. 12.) Accordingly, the jury trial set for November 3, 2025, as well as all related deadlines and pending motions, shall be VACATED. The parties shall file a stipulation of dismissal within ninety (90) days.

DATED this 27th day of March 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0887-JCC
PAGE - 1